MORRIS SOTSKY, Respondent, *v.* THE 48TH STREET COMPANY, Appellant.

*Negligence — elevators — action to recover for personal injuries arising from alleged negligent operation of elevator.*

*Sotsky* v. *48th Street Co.*, 187 App. Div. 930, affirmed.

(Argued December 3, 1920; decided December 31, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 13, 1919, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff was employed by a contractor doing carpenter work in the erection of a building for defendant. On the day of the accident he was engaged in carrying doors to different floors in the building, using for that purpose an elevator run by an employee of defendant. The elevator having come to a stop at the ground floor, plaintiff attempted to leave, when the elevator started downward, catching him between its top and the floor, causing the injuries complained of.

*Clarence S. Zipp, E. C. Sherwood* and *Amos H. Stephens* for appellant.

*William A. Hyman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.